Veve et al., Demandantes y Apelados, *v.* Rodríguez et al., Demandados y Apelantes.

No. 3357.—*Visto:* Junio 2, 1924. *Resuelto:* Junio 11, 1924.

Apelación—Resolución Interlocutoria Inapelable.—Una resolución negando la nulidad del emplazamiento no es de las que pueden apelarse según el artículo 295 del Código de Enjuiciamiento Civil. Tal resolución interlocutoria sólo puede ser revisada mediante apelación de la sentencia final.

RESOLUCIÓN de *M. Rodríguez Serra,* J. (Segundo Distrito, San Juan)., desestimando moción en que se solicita la nulidad del emplazamiento. *Desestimada la apelación.*

*L. Freyre Barbosa,* abogado de los apelantes; *M. F. Rossy,* abogado de los apelados.

EL JUEZ ASOCIADO SR. FRANCO SOTO, emitió la opinión del tribunal.

Esta apelación se ha interpuesto contra una resolución de la corte inferior desestimando una moción del demandado solicitando la nulidad del emplazamiento.

La resolución dictada en este caso no es apelable. No está comprendida en ninguno de los casos especificados en el inciso tercero del artículo 295 del Código de Enjuiciamiento Civil. Es una resolución interlocutoria que sólo puede ser revisada mediante apelación de la sentencia final.

*El recurso debe ser desestimado.*